HUNT, APPELLANT, *v.* SHELDON, WARDEN, APPELLEE.

[Cite as *Hunt v. Sheldon*, 127 Ohio St.3d 14, 2010-Ohio-4991.]

*Court of appeals' judgment dismissing petition for writ of habeas corpus affirmed.*

(No. 2010-0971 — Submitted October 13, 2010 — Decided October 20, 2010.)

APPEAL from the Court of Appeals for Marion County, No. 9-10-28.

_____

**Per Curiam.**

{¶ 1}  We affirm the judgment of the court of appeals dismissing the amended petition of appellant, Rickie Lee Hunt, for a writ of habeas corpus to compel his release from prison.  " '[H]abeas corpus is proper in the criminal context only if the petitioner is entitled to immediate release from prison or some other physical confinement.' "  *Keith v. Bobby*, 117 Ohio St.3d 470, 2008-Ohio-1443, 884 N.E.2d 1067, ¶ 12, quoting *Scanlon v. Brunsman*, 112 Ohio St.3d 151, 2006-Ohio-6522, 858 N.E.2d 411, ¶ 4.  Hunt's prison sentence has not expired, and he has no inherent or constitutional right to be released before its expiration, *State ex rel. White v. Ohio Adult Parole Auth.*, 98 Ohio St.3d 290, 2003-Ohio-773, 783 N.E.2d 900, ¶ 3; *Hattie v. Anderson* (1994), 68 Ohio St.3d 232, 233, 626 N.E.2d 67 ("R.C. 2967.03 creates no expectancy of parole or a constitutional liberty interest sufficient to establish a right of procedural due process"); *Layne v. Ohio Adult Parole Auth.*, 97 Ohio St.3d 456, 2002-Ohio-6719, 780 N.E.2d 548, ¶ 28 (Ohio Adult Parole Authority "has wide-ranging discretion in parole matters").  We deny appellant's motion for oral argument and appointment of counsel.

Judgment affirmed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Rickie Lee Hunt, pro se.

Richard Cordray, Attorney General, and Stephanie Watson, Principal Assistant Attorney General, for appellee.

_____